# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**NORBERTO MEDINA-RODRIGUEZ**
    **Plaintiff(s)**

**v.**

**SUPER FARMACIA CAROLINA, INC.**
    **Defendant(s)**

**Civil No. 17-1945(ADC)**

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on April 25, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 25th day of April, 2018.

        FRANCES RIOS DE MORAN
        Clerk of the Court

        By: S/Sarah V. Ramón
            Sarah V. Ramón, Deputy Clerk